VENABLE LLP
Douglas C. Emhoff (SBN 151049)
dcemhoff@venable.com
Matthew D. Taggart (SBN 227482)
mdtaggart@venable.com
Noah B. Steinsapir (SBN 252715)
nsteinsapir@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Attorneys for Plaintiff
DOLARIAN CAPITAL, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DISTRICT

| | |
|---|---|
| DOLARIAN CAPITAL, INC.<br><br>Plaintiff,<br><br>v.<br><br>GENERAL DEFENSE CORP.; DOES 1 - 10<br><br>Defendant. | CASE NO. **CV11- 02981** R (JCGx)<br><br>**COMPLAINT AND JURY DEMAND**<br><br>1. BREACH OF CONTRACT<br>2. MONEY HAD AND RECEIVED<br>3. CONVERSION |

Plaintiff Dolarian Capital, Inc. ("Dolarian"), by its attorneys VENABLE LLP, brings this action for damages under the law of the State of California against defendant General Defense Corp. ("GDC"), and alleges as follows:

## I.    JURISDICTION AND VENUE

1.     The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1332 and 1391.  The amount in controversy exceeds the sum of $75,000 exclusive of interest and costs, and the parties are citizens of different states, with plaintiff being a citizen of California and defendants being citizens of Florida.

2.     Dolarian and GDC ("the Parties") entered into a forum selection

1

1   clause on June 30, 2010, which expressly stated that "Venue for any dispute shall

2   be Southern California Federal Court, prevailing party entitled to attorneys' fees."

3      3.      Plaintiff Dolarian is a corporation incorporated under the laws of the

4   State of California, and has its principal place of business at 1284 West Shaw

5   Avenue, Suite 102, Fresno, CA 93711, where it is engaged in the business, among

6   others, of the sales and brokerage of defense trade articles and the manufacture of

7   small arms and small arms components.

8      4.      Dolarian is registered with the U.S. Department of State, Directorate

9   of Defense Trade Controls, to conduct business as an exporter and broker of

10  defense trade articles.  Dolarian is compliant with Section 38 of the Arms Export

11  Control Act of 1976 ("AECA") and the implementing regulations, the International

12  Traffic in Arms Regulations ("ITAR"), 22 C.F.R. 120 *et seq.*  Dolarian works

13  within the provisions of AECA and ITAR while conducting its everyday business

14  operations.

15     5.      Dolarian is a supplier to the United States Government's Nation

16  Building Reconstruction and Stabilization efforts in Afghanistan and Iraq and it

17  supplies weapons, ammunition and matériel to the Afghan Ministry of Defense

18  under the supervision and approval of the United States Government.

19     6.      Defendant GDC is a corporation incorporated under the laws of the

20  State of Florida, and has its principal place of business at 2300 East Las Olas

21  Boulevard, Fort Lauderdale, FL 33301.  GDC holds itself out as a "leading

22  supplier of former Soviet Union (Warsaw Pact) defense-related equipment," with

23  exclusive or semi-exclusive rights to certain arms-related products in various

24  markets.

25     7.      GDC is among the world's largest military procurement companies,

26  According to its public website, www.generaldefense.com, "General Defense Corp

27  [*sic*] is a leader in mission-critical procurement support for air, land, and sea-based

28  combat services, as well as armaments and munitions.  It is headquartered in Fort

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

LA1#301406\118368-288755                                    COMPLAINT AND JURY DEMAND

Lauderdale, Florida and has international offices in Madrid, Spain and Bucharest, Romania. General Defense specializes in defense and aviation related systems integration and procurement services for the U.S. Government, the armed forces of allied nations, and for law enforcement and security services throughout the world."

8.      At all relevant times, GDC's registered agent was HCRM Corp., whose address is 2200 N.W. Corporate Boulevard, Suite 401, Boca Raton, FL 33431.

9.      All conditions precedent to the bringing of this action have occurred, have been met, or were waived.

10.      Dolarian does not presently know the true names and capacities of defendants sued herein as Does 1 through 10, inclusive, and therefore sues those defendants by such fictitious names. Dolarian will seek leave of court to amend this complaint to allege their true names and capacities when they have been ascertained. Dolarian is informed and believes and thereupon alleges, that each of said fictitiously named defendants, has an interest in the dispute alleged herein, and is responsible in some manner for the occurrences herein alleged, and that Dolarian's damages as herein alleged, were proximately caused by the acts and/or omissions of each of them.

11.      At all times mentioned herein, each defendant was the agent, employee, predecessor, successor, obligor, obligee, indemnitor, indemnitee, subrogor, subrogee, of each and all of the other defendants and was acting within the course and scope of such agency and employment.

## II.      GENERAL ALLEGATIONS COMMON TO ALL COUNTS

### A.      Dolarian Enters into Three Separate Contracts with General Defense Corp. to Purchase Defense-Related Articles from Romania Under Certain Terms and Conditions

12.      GDC quoted Dolarian prices for the sale and delivery of weapons and

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

3

1   ammunition.

2       13.   The weapons and ammunition being procured by Dolarian were to be

3   subsequently supplied to the Afghanistan Ministry of Defense pursuant to a U.S.

4   government contract.

5       14.   In 2010, Dolarian and GDC entered into contracts with one another

6   under which GDC agreed to provide Dolarian with weapons and accessories under

7   certain terms.

8       15.   Their practice was that Dolarian would issue a purchase order or

9   written contract which GDC would accept, and then GDC would invoice Dolarian

10  for amounts owed.

11      16.   Once GDC invoiced Dolarian, Dolarian, as the buyer, was required to

12  pay significant prepayments and deposits and to make full payment prior to GDC's

13  final delivery of the purchased equipment.

14      17.   On June 29, 2010, Dolarian and GDC entered into a **Purchase**

15  **Order/Contract No. 41**, a copy of which is attached hereto as Exhibit "A," which

16  required GDC to provide Dolarian with certain weapons and accessories for the

17  total aggregate price of $396,475.

18      18.   On June 30, 2010, Mr. Ara G. Dolarian, President of Dolarian,

19  prepared and sent a Letter of Intent ("LOI") to GDC president Carlos Davidov

20  summarizing the terms applicable to Dolarian's purchases from GDC, and

21  expressing Dolarian's intent to purchase the weapons and accessories already set

22  forth in Purchase Order/Contract No. 41, as expressed in two separate offers

23  already made by GDC (Nos. DCI20100625-A1 and DP20100624-01).  A copy of

24  the Letter, signed by GDC President Carlos Davidov and bearing GDC's official

25  seal, is attached hereto as Exhibit "B."

26      19.   Among other terms and conditions, the Letter of Intent set forth the

27  terms of payment as follows:

28          **Payment**.   DCI will make a refundable earnest money deposit of

VENABLE LLP
2046 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

4

fifteen percent (15%) and upon the satisfactory inspection of the weapons DCI will increase the deposit an additional fifteen percent (15%) to thirty percent (30%) in exchange that day for each of the weapon serial numbers.  If the weapons and accessories are not Category 1 (new in box) [GDC] will return the earnest money deposit in whole within five (5) business days of inspection.

20.     The Letter of Intent also specifically required GDC to provide a Romanian Export License which GDC was to obtain from the Romanian Ministry of Foreign Affairs, Department for Export Controls (a.k.a., "ANCEX"), which Dolarian required before it could legally transfer those weapons from their place of pick up, Romania, to their final destination in Afghanistan:

Dolarian Capital, Inc. will pay the balance in full upon receiving a Romanian Export License for the weapons to be imported to U.S. DoS [Department of State] End User Certificate.  Your Company to provide Export License within 30 days of submission of a complete application.

21.     On July 3, 2010, GDC sent Dolarian an invoice for payment of $59,471, representing the initial 15% of the purchase price for Purchase Order/Contract No. 41.  Dolarian paid this amount on July 6, 2010.

22.     On August 20, 2010, GDC sent Dolarian an invoice for a second payment of $59,471, representing an additional 15% of the purchase price for Purchase Order/Contract No. 41.  Dolarian paid this amount on August 19, 2010.

23.     On September 7, 2010, Dolarian and GDC entered into a second contract, **Purchase Order/Contract No. 1257,** a copy of which is attached hereto as Exhibit "C," under which GDC agreed to provide Dolarian with certain weapons and accessories for the total aggregate price of $793,175.  The Parties both understood that this agreement was subject to the same export license requirements set forth in the June 30, 2010 LOI.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

LA1#301406\118368-288755                               COMPLAINT AND JURY DEMAND

24.     The very same day, on September 7, 2010, GDC sent Dolarian an invoice for payment of $237,952, representing the initial 30% of the purchase price for Purchase Order/Contract No. 1257.  Dolarian paid this amount on September 10, 2010.

25.     On December 22, 2010, GDC sent Dolarian an invoice for payment of $385,000 for Purchase Order/Contract No. 1257.  Dolarian paid this amount on December 22, 2010.

26.     On October 14, 2010, Dolarian and GDC entered into a third contract, **Purchase Order/Contract No. 1262**, a copy of which is attached hereto as Exhibit "D," under which GDC agreed to provide Dolarian with certain weapons and accessories for the total aggregate price of $654,432.

27.     On October 14, 2010, GDC sent Dolarian an invoice for payment of $327,216 for Purchase Order/Contract No. 1262, exactly fifty percent (50%) of the total purchase price.  Dolarian paid this amount on October 15, 2010.

28.     In total, Dolarian paid GDC $1,069,110 in connection with the three foregoing purchase orders, exclusive of interest and costs.

**B.     GDC Breaches Agreement by Failing to Obtain Romanian Export License for the Defense Trade Articles**

29.     In or around January of 2011, Ara Dolarian, President of Dolarian, traveled to Romania to arrange for the export of the defense trade articles it had purchased from GDC.  On January 17, 2011, Mr. Dolarian met with the Romanian Export Control (C.N. Romtehnica SA).  During this meeting it was brought to Mr. Dolarian's attention that the export license presented to Dolarian by GDC was in fact counterfeit and Export Control would not accept this document.  As a result of the fraudulent export license, the defense trade articles Dolarian had purchased could not be legally exported and had no value.

30.     Despite GDC's express promise to provide a proper Romanian Export License for the weapons purchased under the foregoing three contracts, it failed to

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

6

1   perform.  On December 9, 2010, Dolarian received what purported to by an Export

2   License from GDC.  Immediately, Dolarian became suspicious about the

3   authenticity of the putative license.  On January 17, 2011, Dolarian came to

4   discover that the license was not genuine.

5        31.    In accordance with Romanian export procedures a valid export

6   document must be presented to export control in order to export defense trade

7   articles out of Romania.

8        32.    By failing to comply with the express terms of the three contracts,

9   GDC owes Dolarian all deposits and payments it made to GDC.

10       33.    Before bringing this action, on January 17, 2011, Dolarian requested

11  that GDC return the sum of $1,069,110, which represents the deposits and

12  prepayments on Purchase Order/Contract Nos. 41, 1257 and 1262.

13       34.    Despite demand, GDC failed and refused to return the money.

14                **COUNT I – BREACH OF CONTRACT**

15                **(Against GDC and Does 1 through 10)**

16       35.    Plaintiff Dolarian incorporates by reference all of the foregoing

17  allegations in Paragraphs 1-34 as if fully set forth herein.

18       36.    On June 29, 2010, Dolarian and GDC entered into a written contract

19  pursuant to which GDC agreed to deliver specified weapons and accessories in

20  exchange for payment as reflected in an LOI signed by GDC President Carlos

21  Davidov.  Exhibit "A" and "B."

22       37.    In its Letter of Intent, GDC represented and warranted that it would

23  obtain a valid Romanian export license for the weapons to be imported to the

24  United States.

25       38.    Dolarian and GDC entered into two additional contracts for the

26  purchase of weapons and accessories on September 7, 2010 and October 14, 2010,

27  which, except as otherwise agreed, incorporated the terms and conditions as the

28  June 29, 2010 contract and the parties' prior course of performance, including, in

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

7

1  particular, the requirement that GDC obtain a valid Romanian export license.

2       39.    Dolarian has fully performed all conditions, covenants and promises

3  required on its part to be performed under Purchase Order/Contract Nos. 41, 1257

4  and 1262.

5       40.    GDC has failed and refused to perform its obligations under the

6  contracts, including, but not limited to, failing to deliver to Dolarian a proper

7  Romanian export license.  Dolarian has made a demand on defendant for

8  performance or return of their payment and GDC has refused either to provide the

9  export license or to return Dolarian's payments.

10       41.    As a direct and proximate result of GDC's breach of contract,

11  Dolarian has been damaged in an amount to be shown according to proof at trial.

12  **COUNT II – MONEY HAD AND RECEIVED**

13  **(Against GDC and Does 1 through 10)**

14       42.    Plaintiff Dolarian incorporates by reference all of the foregoing

15  allegations in Paragraphs 1-41 as if fully set forth herein.

16       43.    GDC is indebted to Dolarian in the sum of $1,069,110 for money had

17  and received by GDC from Dolarian, which has been due and owing since

18  December 2010.

19       44.    On January 17, 2011, Dolarian demanded payment of it from GDC,

20  but no part of it has been paid.

21  **COUNT III – CONVERSION**

22  **(Against GDC and Does 1 through 10)**

23       45.    Plaintiff Dolarian incorporates by reference all of the foregoing

24  allegations in Paragraphs 1-44 as if fully set forth herein.

25       46.    On or about December 22, 2010, Plaintiff had paid GDC a total of

26  $1,069,110 in order to purchase weapons and ammunition subject to the terms and

27  conditions set forth in the June 30, 2010 LOI.

28       47.    At all times herein relevant to this complaint, Dolarian has retained its

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

8

              COMPLAINT AND JURY DEMAND

1  possessory interest in this $1,069,110 amount.

2      48.    On or about January 17, 2011, Dolarian demanded that GDC return

3  the sum of $1,069,110, which represents the deposits and prepayments on Purchase

4  Order/Contract Nos. 41, 1257 and 1262.

5      49.    GDC intentionally prevented Dolarian from gaining rightful access to

6  the remaining portion of this sum by refusing to return it to Dolarian.

7      50.    Dolarian has not consented to GDC's conduct.

8      51.    GDC's conduct was a substantial factor in causing Dolarian's harm.

9      52.    Dolarian has been harmed in the amount of $1,069,110, plus interest.

10              **PRAYER FOR RELIEF**

11      WHEREFORE, Plaintiff Dolarian prays for judgment as follows:

12      1.    For damages in an amount to be proven at trial in excess of this

13  Court's jurisdictional minimum;

14      2.    For prejudgment interest in an amount to be proven at trial;

15      3.    For costs of suit incurred herein;

16      4.    For attorneys' fees as provided by law or contract; and

17      5.    For such other and further relief as the Court may deem just and

18  proper.

19      **PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY OF ALL**

20      **CAUSES OF ACTION ALLEGED HEREIN**

21

22  DATED:    April 7, 2011        VENABLE LLP

23

24                    By:

25                    Matthew D. Taggart
                      Attorneys for Plaintiff DOLARIAN
26                    CAPITAL, INC.

27

28

LA1#301406\118368-288755                    COMPLAINT AND JURY DEMAND

EXHIBIT "A"

Dolarian Capital, Inc.
1284 W. Shaw
Suite #102
Fresno, CA 93711

## Purchase Order

| Date | P.O. No. |
|------|----------|
| 6/29/2010 | 41 |

RECEIVED
IN FULL

| Vendor | |
|--------|--|
| General Defense Corp | Dolarian Capital, Inc. |
| Carlos Davidov | 1284 W. Shaw #102 |
| P.O. Box 30133 | Fresno, Ca 93711 |
| Ft. Lauderdale, FL 33303 | |

| Item | Description | Qty | U/M | Rate | MPN | Amount |
|------|-------------|-----|-----|------|-----|--------|
| AK-47 | AK-47 Rifle (includes 4 magazines) | 2,290 | | 115.00 | 10408-00 | 263,350.00 |
| PK Machine ... | PK Machine Gun, PKM | 75 | | 1,775.00 | 10682-00 | 133,125.00 |
| | per your conversation with Ara Dolarian wired funds of $59471.00 will be processed July 6th, 2010 | | | | | |
| | Wire instructions: Wachovia Bank | | | | | |
| | Routing | | | | | |
| | Acct | | | | | |

*SOC*

| | Total | $396,475.00 |
|--|-------|-------------|

*SOC*
*Wire 59471 7-6-10*

*337,003.75 JCB*

# REDACTED

EXHIBIT "B"



30 June 2010

Carlos Davidov
President
General Defense Corporation
Fort Lauderdale, Florida

Mr. Davidov:

This letter expresses Dolarian Capital, Inc. intent to purchase weapons from you as expressed in two separate offers made by your Company, DCI20100625-A1 and DP20100624-01. Dolarian Capital, Inc. terms and conditions of purchase are as follows:

- Payment, DCI will make an refundable earnest money deposit of fifteen percent (15%), and upon the satisfactory inspection of the weapons DCI will increase the deposit an additional fifteen percent (15%) to thirty percent (30%) in exchange that day for each of the weapon serial numbers.   If the weapons and accessory's are not Category 1, (new in box) you will return the earnest money deposit in whole within five (5) business days of inspection.
    - o  Dolarian Capital, Inc. will pay the balance in full upon receiving a Romanian Export License for the weapons to be Imported to US DoS approved End User Certificate.
    - o  Your Company to provide Export License with in 30 days of submission of a complete application.
    - o  Dolarian Capital, Inc. is prepared to set inspection date as early as July 10, 2010.
    - o  Ex Works your warehouse.
- AK-47, Fixed wooden butt stock, Country of Origin Romania.
    - o  Kit. Four (4) forty (40) round magazines, one (1) oil can, one (1) bayonet, one (1) magazine pouch, one (1) cleaning kit, and one (1) sling.
    - o  Price each: US$115.00
    - o  Quantity: 2,290
- PKM, Fixed wooden butt stock, Country of Origin Romania.
    - o  Kit. Each weapon to have one (1) extra barrel,  one (1) bi-pod, one (1) bag, four (4) ammunition cans with linked non-disenagrating  belts.
    - o  Price each: US$1,775.00
    - o  Quantity: 75
- A confirmed physical business address for General Defense Corporation.
- The value herein based upon the above pricing and quantity is, US$376,735.00.
- Venue for any dispute shall be Southern California Federal Court, prevailing party entitled to attorney fees.

This letter of intent is valid until the close of business June 30, 2010.  If the terms and conditions herein are acceptable I will have a Purchase Order issued immediately and please provide wire instructions for the earnest money transfer.

Best regards,

Agreed:

Ara G Dolarian
President

Carlos Davidov
President

EXHIBIT B
11

EXHIBIT "C"

Dolarian Capital, Inc.

1284 W. Shaw
Suite #102
Fresno, CA 93711

# Purchase Order

| Date | P.O. No. |
|------|----------|
| 9/7/2010 | 1257 |

**RECEIVED IN FULL**

| Vendor | | |
|--------|--|--|
| General Defense Corp<br>Carlos Davidov<br>P.O. Box 30133<br>Ft. Lauderdale, FL 33303 | | Dolarian Capital, Inc.<br>1284 W. Shaw #102<br>Fresno, Ca. 93711 |

| Item | Description | Qty | U/M | Rate | MPN | Amount |
|------|-------------|-----|-----|------|-----|--------|
| AK-47 | AK-47 Rifle (fixed stock w/accessories per LOI 6/30/10) | 5,000 | | 110.00 | 10408-00 | 550,000.00 |
| PK Machine . | PK Machine Gun, PKM (includes accessories per LOI 6/30/10) | 137 | | 1,775.00 | 10682-00 | 243,175.00 |
| | terms 30% deposit, balance(70%) 7 days prior to shipping | | | | | |
| | | | | | **Total** | $793,175.00 |

*(handwritten notes:)*

tvai Faichmunt
Wirio  + 237.952  alcolio
Wire  $385,000  12/22/10  Ak Gian froud

$ 555,223 due

EXHIBIT C
I2

EXHIBIT "D"

Dolarian Capital, Inc.

1284 W. Shaw
Suite #102
Fresno, CA 93711

# Purchase Order

| Date | P.O. No. |
|------|----------|
| 10/14/2010 | 1262 |

RECEIVED
IN FULL

| Vendor | |
|--------|--|
| General Defense Corp<br>Carlos Davidov<br>P.O. Box 30133<br>Ft. Lauderdale, FL 33303 | Dolarian Capital, Inc.<br>1284 W. Shaw #102<br>Fresno, Ca. 93711 |

| Item | Description | Qty | U/M | Rate | MPN | Amount |
|------|-------------|-----|-----|------|-----|--------|
| PKM 7.62x54R | 7.62x54R PKM Machinegun<br>General Purpose Machinegun | 363 | | 1,802.84298 | | 654,432.00 |

| | Total | $654,432.00 |
|--|-------|-------------|

Tuni Foufaimand
wiros $327,216 10/14/10

$327,216 DUE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Manuel Real and the assigned discovery Magistrate Judge is Jay C. Gandhi.

The case number on all documents filed with the Court should read as follows:

## CV11- 2981 R  (JCGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

Unless otherwise ordered, the United States District Judge assigned to this case will hear and determine all discovery related motions.

===============================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DOLARIAN CAPITAL, INC. | ) | |
| *Plaintiff* | ) | |
| .v. | ) | Civil Action No. |
| | ) | |
| GENERAL DEFENSE CORP.; DOES 1 - 10 | ) | **CV11-02981 P (JCGx)** |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
      GENERAL DEFENSE CORP.
      2300 East Las Olas Boulevard
      Fort Lauderdale, Florida 33301


      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
      Matthew D. Taggart
      Venable LLP
      2049 Century Park East, Suite 2100
      Los Angeles, California 90067


      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


APR - 8 2011

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*


American LegalNet, Inc.
www.FormsWorkFlow.com

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:


American LegalNet, Inc.
www.FormsWorkFlow.com

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| DOLARAN CAPITAL, INC. | GENERAL DEFENSE CORP.; DOES 1 -10 |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Venable LLP | Robert J. Hunt |
| Matthew D. Taggart | Hunt Cook Riggs Gross & Greenberg |
| 2049 Century Park East, Suite 2100 | 2200 Corporate Boulevard NW |
| Los Angeles, California 90067 | Suite 401 |
| Telephone: 310.229.9900 | Boca Raton, FL 33431 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☒ MONEY DEMANDED IN COMPLAINT: $ In excess of 75,000.00

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
(1) Breach of Contract; (2) Money Had And Received; and (3) Conversion

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☒ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities – Employment | ☐ 630 Liquor Laws | ☐ 61 HIA(1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **REAL PROPERTY** | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities – Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | **IMMIGRATION** | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus- Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | ☐ 871 IRS-Third Party 26 USC 7609 |

CV11- 02981

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)      CIVIL COVER SHEET      Page 1 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Fresno |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Florida |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Fresno |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER):   Matthew D. Taggart         Date  April 7, 2011

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com